BEFORE THE FIRST DIVISION, MARCH 2, 1966

**No. 69812.**—De Luxe Reading Corp. *v.* United States, protests 63/3669 (B), etc. (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.